**Order entered July 20, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00534-CV

### ASSOCIATION OF TAXICAB OPERATORS, USA AND KELLY D. HOLLINGSWORTH AND K. HOLLINGSWORTH & ASSOC., P.C., Appellants

### V.

### WALAAL CORPORATION D/B/A AMBASSADOR CAB, FARHAN RIYALE, BASHIR SALAH, E.P.D.A., INC. D/B/A ALAMO CAB, TESFAI H. SBAHTU, D.E.C.D.A., INC. D/B/A STARCAB, GIRMA WOLDE-RUFAEL, BEKELE KIDANE, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-03638

## ORDER

Before the Court are appellants Kelly Hollingsworth and K. Hollingsworth & Assoc., P.C.'s July 12, 2017 notice of failure to file reporter's record and court reporter Vielica Dobbins's July 18, 2017 request to extend time to file the reporter's record. We **GRANT** Ms. Dobbins's request and **ORDER** the reporter's record filed on or before **Wednesday, August 9, 2017**.

/s/    ELIZABETH LANG-MIERS
          JUSTICE